**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Stacey L. Walker (SB# 311108)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@snyderlaw.com
swalker@snyderlaw.com

Attorneys for Defendant TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEJANDRA VELAZQUEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TARGET STORES, INC., and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 2:19-cv-01552-MWF <br><br> [Los Angeles County Superior Court Case No. BC710375] <br><br> **ORER RE STIPULATION TO REMAND AND CAP DAMAGES** <br><br> [Stipulation to Remand and Cap Damages filed concurrently] |

Good cause appearing therefor, the Court orders as follows:

1. This matter shall be immediately remanded to the Superior Court of the State of California, County of Los Angeles, where the parties to the Stipulation have agreed that plaintiff ALEJANDRA VELAZQUEZ will not recover more than $74,999.00.

2. All pending deadlines and hearings in this Court are hereby vacated.

IT IS SO ORDERED.

Dated: March 21, 2019

_____
UNITED STATES DISTRICT COURT

---

1
**ORDER ON STIPULATION TO REMAND AND CAP DAMAGES**